UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| ASSOCIATED MANAGEMENT CONSULTANTS, INC., dba AMCI Finance, a Washington corporation, <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM S. WILEY, <br><br> Defendant. | No. <br> CV '06 - 1809 - AA <br><br> TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE <br><br> Date of Issuance: December 19, 2006 <br> Time of Issuance: 1:22 P.m. |

Application having been made by plaintiff for the following order, and

IT APPEARING to the court that a complaint has been filed by plaintiff against defendant, and that there is probable cause for sustaining the validity of the claim underlying the complaint; and

IT FURTHER APPEARING that there is substantial danger that the defendant's interests in the following-described real property may be transferred or further encumbered while these proceedings are pending and before a hearing on the order to show cause; and

IT FURTHER APPEARING that plaintiff has filed any undertaking required by this court pursuant to applicable law;

IT IS HEREBY ORDERED that defendant is restrained from transferring or further encumbering his interests in the following described real properties until further

Page 1 -    TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE

order of this court. The property to which this restraining order applies is as follows: 2950 Lakeview Blvd., Lake Oswego, Oregon, 57142 Lynx Lane, Sunriver, Oregon, and 11420 SW Pacific Hwy., Tigard, Oregon.

IT IS FURTHER ORDERED that this order shall expire within ten days after the date of its entry, unless further extended by the court pursuant to Fed. R. Civ. P. 65.

IT IS FURTHER ORDERED that defendant appear before this court on December 28, 2006, at 9:30 A.m., in Courtroom 3B of the United States District Court for the District of Oregon, Portland Division, 1000 SW Third Avenue, Portland, Oregon and then and there show cause, if any there be, why this restraining order should not be continued during the pendency of this action as a preliminary injunction. Defendant may file affidavits or declarations with the court and may present testimony at the hearing. If defendant fails to appear at the hearing, the court will order that the temporary restraining order will continue during the pendency of this action as a preliminary injunction.

DATED this 19th day of December, 2006.

_____
United States District Judge

SUBMITTED BY:

_____
Sanford R. Landress, OSB #81438
Telephone: (503) 295-2668
Attorneys for Plaintiff

\5620\001\P Temporary Restraining Order.wpd

Page 2 -   TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE on:

Ronald L. Greenman, Esq.              Facsimile No. (503) 972-3706
Tonkon Torp LLP
888 SW Fifth Avenue, Suite 1600
Portland, OR 97204

by **faxing** a full, true and correct copy thereof to the attorney at the fax number shown above, which is the last known fax number for the attorney's office on the date set forth below. The receiving fax machine was operating at the time of service and the transmission was properly completed, according to the attached confirmation report.

DATED this 19 day of December, 2006.

_____
Sanford R. Landress, OSB #81438
Attorneys for Plaintiff

Page 1 - CERTIFICATE OF SERVICE